

# THE THIRTEENTH COURT OF APPEALS

13-13-00577-CV

Falcon International Bank
v.
Mark A. Cantu, Roxanne  Pena Cantu, Individually, and Canflor, L.P., a Texas Limited Partnership

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Cause No. C-0300-12-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered.  The Court orders the judgment of the trial court REVERSED and RENDERS judgment in favor of the appellant.  Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

April 16, 2015